of the Claim of RALPH SANTONA, Respondent, for Compensation to Himself, under the Workmen's Compensation Law, v. McQUADE STEVEDORING COMPANY, Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award annulled and claim dismissed on the authority of *Matter of Anderson* v. *Johnson Lighterage Co.* (224 N. Y. 539) and *Matter of Keator* v. *Rock Plaster Mfg. Co.* (Id. 540).

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of NICOLINA GINGLIANO, Widow of VINCENZO GINGLIANO, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of TEREZINA DE PAULINE, Respondent, for Compensation under the Workmen's Compensation Law, Claimed to Be Due Her Husband, JOE PAULINE, Deceased, v. T. HOGAN & SONS, INC., Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award reversed and claim dismissed on the authority of *Matter of Anderson* v. *Johnson Lighterage Co.* (224 N. Y. 539) and *Matter of Keator* v. *Rock Plaster Mfg. Co.* (Id. 540). All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by ANNE CASEY, Widow of THOMAS CASEY, Deceased, Respondent, on Behalf of Herself and Her Minor Child, v. BORDEN's CONDENSED MILK COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

In the Matter of the Application of AUSTIN L. GOODRICH, Respondent, v. THE VILLAGE OF OTEGO, N. Y., Appellant, for the Appointment of Commissioners and the Assessment of Damages.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANTONIO LIBERATORE, Respondent, for Compensation under the Workmen's Compensation Law, v. ABRAHAM FRIEDMAN, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except H. T. Kellogg, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOHN M. O'ESAU, Respondent, for Compensation under the Workmen's Compensation Law, v. E. W. BLISS COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except H. T. Kellogg, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of AUGUST BLATTNER, Respondent, for Compensation under the Workmen's Compensation Law, v. PA PRO COMPANY, Employer, and UTICA MUTUAL COMPENSATION INSURANCE CORPORATION, Insurance Carrier, Appellants.— Award unanimously affirmed, on the authority of *Matter of Donohue* v. *McKaig-Hatch, Inc.* (223 N. Y. 572).

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by ANTHONY SKARPELETZOS by D. N. BOTASSI, Greek Consul, Respondent, v. COUNES & RAPTIS CORPORATION,